UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-cv-02118-WWB-DCI

HOWARD COHAN,

    Plaintiff,

vs.

AAO STORES, LLC,
d/b/a MOBIL,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, HOWARD COHAN ("Plaintiff"), and Defendant, AAO STORES, LLC d/b/a MOBIL ("Defendant"), by and through undersigned counsel, pursuant to Local Rule 3.09, hereby give notice that Plaintiff and Defendant ("Parties") have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. The Parties respectfully request that the Court stay all matters and pending deadlines in this action and grant the Parties thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated this 12th day of December, 2022.

                                            /s/ *Jason S. Weiss*
                                            Jason S. Weiss, Esq.
                                            Florida Bar No. 0356890
                                            Jason@jswlawyer.com
                                            **WEISS LAW GROUP, P.A**
                                            5531 N. University Drive, Suite 103
                                            Coral Springs, Florida 33067
                                            Telephone: (954) 573-2800
                                            Facsimile: (954) 573-2798
                                            **ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of December, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice to all counsel of record.

BY: /s/ *Jason S. Weiss*
Jason S. Weiss